NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GUY JOHNSON,                                    )
                                               )
            Appellant,                          )
                                               )
v.                                              )        Case No. 2D19-1913
                                               )
FLORIDA COMMISSION ON OFFENDER                  )
REVIEW,                                         )
                                               )
            Appellee.                           )
_____            )

Opinion filed November 22, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Polk County;
Donald G. Jacobsen, Judge.

Guy Johnson, pro se.

Mark Hiers, Assistant General Counsel,
Tallahassee, for Appellee.


PER CURIAM.


                    Affirmed.


MORRIS, BLACK, and LUCAS, JJ., Concur.